```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

CODY ALLAN RICHARDS                                    PLAINTIFF

    V.                    Civil No. 09-2055

SHERIFF MIKE ALLEN; SGT.
BISHOP; ROBERT PRESLEY
and DUSTIN MCDANIEL                                    DEFENDANTS

O R D E R

On this 6th day of October 2009, there comes on for consideration the report and recommendation filed in this case on August 11, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 2). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to obey the orders of this Court and/or failure to comply with Local Rule 5.5(c)(2) for the Eastern and Western Districts of Arkansas. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge